**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER, <br><br>        Plaintiff, <br><br>        v. <br><br>M&B UNION PIZZA, INC., <br><br>        Defendant. | Case No. CV 20-1818 FMO (JCx) <br><br> **ORDER RE: MOTION TO DISMISS** |

On March 25, 2020, defendant M&B Union Pizza, Inc. ("defendant") filed a Motion to Dismiss plaintiff's Complaint. (See Dkt. 10, "Motion").  The April 23, 2020, hearing date required plaintiff to file his Opposition to the Motion no later than April 2, 2020. See Local Rule 7-9. Plaintiff did not file any opposition to defendant's Motion.  Accordingly, the court will vacate the hearing date and grant defendant's Motion.  See Local Rule 7-12.

In addition, given the policy favoring amendment of complaints, see Morongo Band of Mission Indians v. Rose, 893 F.2d 1074, 1079 (9th Cir. 1990), the court will grant defendant's Motion and give plaintiff one last opportunity to amend his complaint.  In preparing the First Amended Complaint, plaintiff shall carefully evaluate the contentions set forth in defendant's Motion, including defendant's assertions regarding whether plaintiff has sufficiently alleged facts demonstrating the existence of an injury-in-fact as well as whether plaintiff sufficiently alleges he was denied public accommodations because of his disability.  The court expects that defendant will agree to any amendment(s) that will cure the alleged defects.

Based on the foregoing, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss **(Document No. 10)** is **granted**, and the hearing on defendant's Motion, currently set for April 23, 2020, is hereby **vacated**.

2. The Complaint is **dismissed with leave to amend**.

3. If plaintiff still wishes to pursue this action, he is granted until **April 20, 2020**, to file a First Amended Complaint attempting to cure, to the extent he believes is warranted by existing law, the alleged defects outlined in defendant's Motion.

4. The First Amended Complaint must be labeled "First Amended Complaint," filed in compliance with Local Rule 3-2 and contain the case number assigned to the case, i.e., Case No. CV 20-1818 FMO (JCx). In addition, plaintiff is informed that the court cannot refer to a prior pleading in order to make his First Amended Complaint complete. Local Rule 15-2 requires that an amended pleading be complete in and of itself without reference to any prior pleading. This is because, as a general rule, an amended pleading supersedes the original pleading. See Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent. In other words, 'the original pleading no longer performs any function[.]'") (citations and internal quotation marks omitted).

5. Plaintiff is cautioned that failure to timely file a First Amended Complaint shall result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

6. Defendant shall file its Answer to the First Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than **May 4, 2020**.

7. In the event defendant wishes to file another motion to dismiss, then counsel for the parties shall, on **April 27, 2020, at 10:00 a.m.**[1] meet and confer either telephonically or in person to discuss defendant's motion to dismiss. Defendant's motion must include copies of all meet and

---

[1] Counsel may agree to meet and confer at another time without seeking court approval for such an agreement.

confer letters as well as a declaration that sets forth, in detail, the entire meet and confer process (i.e., when and where it took place, how long it lasted and the position of each attorney with respect to each disputed issue that will be the subject of the motion).  Failure to include such a declaration will result in the motion being denied.

Dated this 10th day of April, 2020.

                                              /s/
                                    Fernando M. Olguin
                                  United States District Judge